DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOBBY MELLARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1548

[October 1, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 08-012247-CF10B.

Matthew R. McLain of McLain Law, P.A., Longwood, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***